UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| BONNIE MARIE HELLER, <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY; <br><br> Defendant. | 5:23-CV-05026-DW <br><br><br> ORDER FOR SENTENCE FOUR REMAND |

Upon consideration of the Commissioner's Unopposed Motion for Entry of Judgment with Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), it is hereby

ORDERED that the Commissioner's decision in this matter is reversed and this cause is remanded to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

DATED this 26th day of October, 2023.

BY THE COURT:

_____

DANETA WOLLMANN
UNITED STATES MAGISTRATE JUDGE