UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| BONNIE MARIE HELLER,<br><br>        Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY;<br><br>        Defendant. | 5:23-CV-05026-DW<br><br>JUDGMENT |

Pursuant to the Order reversing and remanding the case for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) (Doc. 11), it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff, Bonnie Marie Heller and against Defendant Kilolo Kijakazi, Acting Commissioner, Social Security Administration.

DATED this 26th day of October, 2023.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge